IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| MYCHAL JESSE MANN | Violations: 18 U.S.C. § 117(a)(1) |

COUNT ONE

**Domestic Assault by a Habitual Offender**

The Grand Jury Charges:

On or about September 9, 2017, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

MYCHAL JESSE MANN

did commit a domestic assault upon J.C., who was, at the time of the assault: (1) a person with whom MYCHAL JESSE MANN is cohabiting and has cohabitated; and (2) a person with whom MYCHAL JESSE MANN shares a child in common; and, at that time, MYCHAL JESSE MANN had a final conviction on at least two (2) separate prior occasions for the following offenses that would be, if subject to federal jurisdiction, an assault against a spouse and intimate partner, namely:

1. Simple Assault Domestic, in Fort Berthold District Court, New Town, North Dakota, Case Number CR-2016-2890, on December 20, 2016;

2. Simple Assault, in Fort Berthold District Court, New Town, North Dakota, Case Number CR-2016-1258, on June 1, 2016; and

3. Simple Assault (DV), in Fort Berthold District Court, New Town, North Dakota, Case Number CR-2015-1076, on May 18, 2015;

In violation of Title 18, United States Code, Section 117(a)(1).

<u>COUNT TWO</u>

**Domestic Assault by a Habitual Offender**

The Grand Jury Further Charges:

On or about July 6, 2017, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

MYCHAL JESSE MANN

did commit a domestic assault upon J.C., who was, at the time of the assault: (1) a person with whom MYCHAL JESSE MANN is cohabiting and has cohabitated; and (2) a person with whom MYCHAL JESSE MANN shares a child in common; and, at that time, MYCHAL JESSE MANN had a final conviction on at least two (2) separate prior occasions for the following offenses that would be, if subject to federal jurisdiction, an assault against a spouse and intimate partner, namely:

1. Simple Assault Domestic, in Fort Berthold District Court, New Town, North Dakota, Case Number CR-2016-2890, on December 20, 2016;

2. Simple Assault (DV), in Fort Berthold District Court, New Town, North Dakota, Case Number CR-2016-1258, on June 1, 2016; and

      3.      Simple Assault (DV), in Fort Berthold District Court, New Town, North Dakota, Case Number CR-2015-1076, on May 18, 2015;

In violation of Title 18, United States Code, Section 117(a)(1).

A TRUE BILL:

/s/ Grand Jury Foreperson
Foreperson

/s/ Christopher C. Myers
CHRISTOPHER C. MYERS
United States Attorney

JJO/am