# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
|---|---|---|
| | ) | **ORDER RE SUBSTITUTION OF** |
| Plaintiff, | ) | **COUNSEL** |
| | ) | |
| vs. | ) | |
| | ) | Case No.: 1:17-cr-226 |
| Mychal Jesse Mann, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant made his initial appearance in the above-entitled action on October 12, 2017. The court, pursuant to 18 U.S.C. § 3006A, appointed Assistant Federal Public Defender Michelle Monteiro to represent defendant.

The court has been advised that defendant has retained counsel, attorney Carey Goetz. Accordingly, attorney Carey Goetz shall be substituted as counsel of record. Assistant Federal Public Defender Michelle Monteiro is authorized to withdraw.

**IT IS SO ORDERED.**

Dated this 12th day of October, 2017.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court