UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S SENTENCING** |
| v. | ) | **MEMORANDUM** |
| | ) | |
| MYCHAL MANN, | ) | |
| | ) | Case 1:17-cr-226 |
| Defendant. | ) | |

THE DEFENDANT, by and through his attorney, Carey A. Goetz, has no objections to the Presentence Investigation Report's sentencing guidelines calculations. Defendant pleaded guilty to one count of Domestic Assault by a Habitual Offender, in violation of 18 U.S.C. § 117(a)(1), which has a base offense level of 18. USSG § 2A6.2(a). The base offense level is increased by four levels due to the fact that the offense involved bodily injury and included a pattern of activity involving the same victim resulting in an adjusted offense level of 22. USSG § 2A6.2(b)(1). Defendant receives a two-point decrease for acceptance of responsibility for the offense and an additional one-point reduction for timely notifying the Government of his intent to plead guilty. USSG §§ 3E1.1(a), 3E1.1(b). Therefore, the total offense level is 19. Defendant has no qualifying criminal history and, based on a score of 0, is a Criminal History category I. Based on the total offense level of 19 and a Criminal History category of I, Defendant's sentencing guidelines range is 30-37 months. Defendant's requested sentence is set forth in his Sentencing Memorandum Supplement.

Dated this 31st day of August, 2018.

                 LARSON LATHAM HUETTL LLP
                 Attorneys for Defendant
                 1100 College Drive
                 PO Box 2056
                 Bismarck, ND 58502-2056
                 Phone:  (701) 223-5300

2

cgoetz@bismarcklaw.com

/s/ Carey A. Goetz_____
Carey A. Goetz (ID 05958)