PROB 12A
(Rev. 2/13)

# UNITED STATES DISTRICT COURT

for

## DISTRICT OF NORTH DAKOTA

### Report on Offender under Supervision

Name of Offender:  Mychal Jesse Mann   Case Number:   0868 1:17CR00226

Name of Sentencing Judicial Officer:  The Honorable Daniel L. Hovland, U.S. District Court Judge

Date of Original Sentence:  September 5, 2018

Original Offense:            Domestic Assault by a Habitual Offender

Original Sentence:           30 months incarceration; 3 years supervised release

Type of Supervision: TSR              Date Supervision Commenced:  11/10/2020

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1) | On December 22, 2020, the defendant tested positive for marijuana and admitted to ingesting the substance. *This is in violation of special conditions number three (3) stating you must totally abstain from the use of alcohol and illegal drugs.* |
| 2) | On February 1, 2021, the defendant admitted to having ingested methamphetamine and marijuana. *This is in violation of special conditions number three (3) stating you must totally abstain from the use of alcohol and illegal drugs.* |
| 3) | On February 09, 2021, the defendant provided a drug screen which tested presumptive positive for methamphetamine, this was confirmed by Abbott Toxicology. The specimen was also considered diluted. *This is in violation of special conditions number three (3) stating you must totally abstain from the use of alcohol and illegal drugs.* |
| 4) | On February 18, 2021, the defendant provided a drug screen which tested presumptive positive for methamphetamine, this was confirmed by Abbott Toxicology. *This is in violation of special conditions number three (3) stating you must totally abstain from the use of alcohol and illegal drugs.* |
| 5) | On March 10, 2021, the defendant provided a drug screen which tested presumptive positive for methamphetamine, this was confirmed by Abbott |

PROB 12A
(Rev. 2/13)
Mann, Mychal
0868 1:17CR00226

        Toxicology. *This is in violation of special conditions number three (3) stating you must totally abstain from the use of alcohol and illegal drugs.*

U.S. Probation Officer Action: Mychal Jesse Mann entered inpatient treatment at Prairie Recovery Center in Raleigh, ND, on March 19, 2021. No court action recommended at this time.

        Respectfully submitted,

        /s/ Travis J. Dienslake
        U.S. Probation Officer Assistant
        Date: April 19, 2021

☑ Approved
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

_____
Signature of Judicial Officer

April 20, 2021
_____
Date