PROB 12A
(Rev. 2/13)

# UNITED STATES DISTRICT COURT

for

## DISTRICT OF NORTH DAKOTA

### Report on Offender under Supervision

Name of Offender:  Mychal Jesse Mann              Case Number:   0868 1:17CR00226

Name of Sentencing Judicial Officer:  The Honorable Daniel L. Hovland, U.S. District Court Judge

Date of Original Sentence:  September 5, 2018

Original Offense:       Domestic Assault by a Habitual Offender

Original Sentence:      30 months incarceration; 3 years supervised release

Type of Supervision: TSR             Date Supervision Commenced:  11/10/2020

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1) | On May 07, 2021, the defendant admitted to having consumed alcohol for three days straight. *This is in violation of special conditions number three (3) stating you must totally abstain from the use of alcohol and illegal drugs.* |

U.S. Probation Officer Action: Mychal Jesse Mann will report to a residential re-entry center (Centre Inc in Fargo, ND) on May 14, 2021, to obtain substance abuse evaluation and follow through with recommendations. No court action recommended at this time.

Respectfully submitted,

/s/ Travis J. Dienslake
U.S. Probation Officer
Date:  May 11, 2021

PROB 12A
(Rev. 2/13)

Mann, Mychal
0868 1:17CR00226

☑ Approved
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

_____
Signature of Judicial Officer

May 11, 2021
_____
Date