PROB 12C
(Rev. 2/13)

# UNITED STATES DISTRICT COURT

for

## DISTRICT OF NORTH DAKOTA

### Petition for Warrant or Summons for Offender under Supervision

Name of Offender: Mychal Jesse Mann          Case Number:   0868 1:17CR00226

Name of Sentencing Judicial Officer:   Daniel L. Hovland, U.S. District Court Judge

Date of Original Sentence: September 5, 2018

Original Offense:          Domestic Assault by a Habitual Offender

Original Sentence:         30 months imprisonment; 36 months supervised release

Type of Supervision: TSR          Date Supervision Commenced:  11/10/2020

Asst. U.S. Attorney: Jonathan J. O'Konek          Defense Attorney: Carey A. Goetz

---

### PETITIONING THE COURT

☒  To issue a warrant

☐  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1) | On December 22, 2020, the defendant tested positive for marijuana and admitted to the use of the illicit substance. *This is in violation of special condition number three (3) which states you must totally abstain from the use of alcohol and illegal drugs.* |
| 2) | On January 13, 2021, February 01, 2021, and February 09, 2021, the defendant provided a drug screen which was considered diluted by Abbott Toxicology. *This is in violation of special condition five (5) which states you must submit to drug/alcohol screening as directed and tampering with the collection process or specimen may be considered a the same as a positive test result.* |
| 3) | On February 09, 2021, February 17, 2021, and March 10, 2021, the defendant provided a drug screen which was positive for methamphetamine, this was confirmed by Abbott Toxicology. *This is in violation of special condition number three (3) which states you must totally abstain from the use of alcohol and illegal drugs.* |

PROB 12C
(Rev. 2/13)
Mann, Mychal
0868 1:17CR00226

4)          On May 10, 2021, the defendant admitted to having consumed alcohol for
            approximately three days. *This is in violation of special condition number three (3)
            which states you must totally abstain from the use of alcohol and illegal drugs.*

5)          The defendant was required to report on May 14, 2021 to Centre in Fargo, ND for
            residential re-entry center placement. Upon his arrival he was administered a
            breathalyzer which read a BAC of .326. He admitted to Centre staff to having drank
            approximately two 1 liter bottles of alcohol. Mann was transported to the local hospital
            to be medically cleared. *This is in violation of special condition number three (3) which
            states you must totally abstain from the use of alcohol and illegal drugs.*

6)          On August 02, 2021, the defendant was arrested by Ward County Sheriff's Department
            for DUI Refusal, a Class B Misdemeanor (Case No. 51-2021-CR-01253). This matter is
            still pending. *This is in violation of the mandatory conditions of supervised release
            stating you must not commit another federal, state or local crime.*

U.S. Probation Officer Recommendation: It is respectfully recommended a warrant be issued for the
arrest of Mychal Jesse Mann and hearings be held to determine if he violated the terms and conditions of
his supervised release.

☒   The term of supervision should be:

    ☒   Revoked.

    ☐   Extended for _____ years, for a total term of _____ years.

☐   The conditions of supervision should be modified as follows:

                    I declare under penalty of perjury that the foregoing is true and correct.

                            Executed on August 3, 2021

                                            /s/ Travis J. Dienslake
                                            U.S. Probation Officer

THE COURT ORDERS:

☐   No Action.

✓   The Issuance of a Warrant/Matter Sealed Pending Arrest.

☐   The Issuance of a Summons.

☐   Other

PROB 12C
(Rev. 2/13)
Mann, Mychal
0868 1:17CR00226

Signature of Judicial Officer

_3 Aug. 2021_
Date