PROB 12C
(Rev. 2/13)

# UNITED STATES DISTRICT COURT

for

## DISTRICT OF NORTH DAKOTA

### Petition for Warrant or Summons for Offender under Supervision

Name of Offender:  Mychal Jesse Mann          Case Number:   0868 1:17CR00226

Name of Sentencing Judicial Officer:   Daniel L. Hovland, U.S. District Court Judge

Date of Original Sentence:  September 5, 2018

Original Offense:       Domestic Assault by a Habitual Offender

Original Sentence:      30 months imprisonment; 36 months supervised release

Type of Supervision: TSR          Date Supervision Commenced:  12/2/2021

Asst. U.S. Attorney: Jonathan J. O'Konek          Defense Attorney: Erin Bolinger

### PETITIONING THE COURT

☒ To issue a warrant

☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1) | On January 19, 2022, the defendant was arrested by Three Affiliated Tribes Law Enforcement for Menacing and Sexual Assault. *This is in violation of mandatory number one (1) which states you must not commit another federal, state, or local crime.* |
| 2) | On January 19, 2022, the defendant provided a preliminary breath test for law enforcement and blew a .153 BAC. *This is in violation of special condition number three (3) which states you must totally abstain from the use of alcohol and illegal drugs.* |

U.S. Probation Officer Recommendation: It is respectfully recommended a warrant be issued for the arrest of Mychal Jesse Mann and hearings be held to determine if he violated the terms and conditions of his supervised release.

PROB 12C
(Rev. 2/13)
Mann, Mychal
0868 1:17CR00226

☒ The term of supervision should be:

☒ Revoked.

☐ Extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 19, 2022

/s/ Travis J. Dienslake
U.S. Probation Officer

THE COURT ORDERS:

☐ No Action.

☒ The Issuance of a Warrant/Matter Sealed Pending Arrest.

☐ The Issuance of a Summons.

☐ Other

_____
Signature of Judicial Officer

January 19, 2022
Date